UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CROUCH,

    Plaintiff,

                                      File No: 1:17-CV-1109

v.

                                      HON. ROBERT J. JONKER

EMPIRE CAPITAL NETWORK LLC, et al.,

    Defendants.
_____/

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and defendant Miguel Joseph Guzman has not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice unless plaintiff completes service of process on defendant Guzman within 90 days after the filing of the complaint, in accordance with Fed.R.Civ.P. 4(m).

Date:   February 27, 2018         /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               CHIEF UNITED STATES DISTRICT JUDGE