UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CROUCH,

        Plaintiff,                              CASE NO. 1:17-CV-1109

v.                                             HON. ROBERT J. JONKER

EMPIRE CAPITAL NETWORK LLC, et al.,

        Defendants.
_____/

NOTICE OF SETTLEMENT

On February 27, 2018, the Court entered an Order (ECF No. 12) requiring plaintiff to submit pleadings necessary to obtain judgment against defendants Empire Capital Network LLC, Marco D. McKithen, United Asset Management Group LLC and Samuel P. DiPalma, Jr. by March 19, 2018.

Also on February 27, 2018, the Court filed a Notice of Impending Dismissal (ECF No. 13) stating that no proof of service of summons and complaint on defendant Miguel Joseph Guzman has been filed in this lawsuit and giving notice that Mr. Guzman will be dismissed without prejudice unless plaintiff completes service of process on Mr. Guzman within 90 days after filing of the complaint.

On February 28, 2018, plaintiff Mark Crouch and defendants Empire Capital Network LLC, Miguel Joseph Guzman, Marco D. McKithen, United Asset Management Group LLC and Samuel P. DiPalma, Jr. entered into a confidential settlement agreement that provides in part that if the defendants comply with all of the terms of settlement by March 22, 2018, then plaintiff

shall file a notice to dismiss this lawsuit with prejudice as to all defendants by March 29, 2018.

So that the parties may effect the terms of settlement plaintiff respectfully requests that the Court allowing plaintiff until March 29, 2018 to file an appropriate notice to dismiss this action, or failing that, to apply at that time for entry of judgment against defendants Empire Capital Network LLC, Marco D. McKithen, United Asset Management Group LLC and Samuel P. DiPalma, Jr.

Dated: February 28, 2018                    /s/ Phillip C. Rogers
                                            Phillip C. Rogers (P34356)
                                            Attorney for Plaintiff
                                            6140 28th Street S.E., Suite 115
                                            Grand Rapids, Michigan 49546-6938
                                            (616) 776-1176
                                            ConsumerLawyer@aol.com